(91 App. Div. 223.)

### CITY OF NEW YORK v. FERRIS.

(Supreme Court, Appellate Division, First Department. February 11, 1904.)

1. NEW YORK CITY CHARTER—TAX PROVISIONS—DIRECTORY REQUIREMENTS.

The requirement of the New York City Charter that the assessment roll shall be delivered to the receiver of taxes on the 1st day of September is merely directory, and not mandatory, and a failure to follow it does not vitiate the tax.

Appeal from Special Term, New York County.

Action by the city of New York against John M. Ferris. From an interlocutory judgment overruling a demurrer to the complaint, defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, O'BRIEN, and INGRAHAM, JJ.

Frederic E. Mygatt, for appellant.
Martin Saxe, for respondent.

PER CURIAM. The respect in which the complaint is claimed to be defective is that it alleges that the assessment roll was delivered to the receiver of taxes "on the 1st day of October," whereas the charter requirement is that it should be delivered on the 1st day of September. It is sufficient to say that the requirement of the charter is merely directory, and not mandatory. The failure to follow it is a loss merely to the city, and does not damage the defendant; and it does not vitiate the tax. People ex rel. Rome, W., etc., v. Haupt, 104 N. Y. 377, 10 N. E. 871; Bradley, Supervisor, v. Ward, 58 N. Y. 408.

The interlocutory judgment overruling the demurrer should accordingly be affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer on payment of costs in this court and in the court below.